UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:25-cv-61479-AHS

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**SKYLINE CHILI, LLC, a foreign
limited liability company,**

      Defendant.

_____/

## <u>JOINT NOTICE OF SETTLEMENT</u>

      Plaintiff NELSON FERNANDEZ and Defendant SKYLINE CHILI, LLC, through their respective undersigned counsel, pursuant to Local Rule 16.4, hereby provide notice that the parties have reached a settlement and request that the case be stayed for thirty (30) days to allow the parties to finalize their settlement agreement and file the necessary dismissal document.

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By:___*s/ Roderick V. Hannah*___ | By:___*s/ Pelayo M. Duran*___ |
|      RODERICK V. HANNAH |      PELAYO M. DURAN |
|      Fla. Bar No. 435384 |      Fla. Bar No. 0146595 |

**CONROY SIMBERG**
Counsel for Defendant
3440 Hollywood Blvd. Fl 2
Hollywood, Florida 33021
T. 954/961-1400
Email:  dfriedman@conroysimberg.com

By: ___ */s/ Dale L. Friedman* _____
       DALE L. FRIEDMAN
       Fla Bar No. 854646